**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6009**

UNITED STATES OF AMERICA,

 Petitioner - Appellee,

 v.

RAPHAEL MENDEZ,

 Respondent - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:91-hc-00350-BR)

Submitted: March 20, 2014                  Decided: April 9, 2014

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raphael Mendez, Appellant Pro Se. David T. Huband, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals a district court order granting the Government's motion to reconsider the order granting a hearing under 18 U.S.C. § 4247(h) (2012) and vacating the order scheduling the hearing. We affirm for the reasons stated by the district court. United States v. Mendez, No. 5:91-hc-00350-BR (E.D.N.C. Dec. 11, 2013) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED